HENRY C. BOURNE v. FRED EDWARDS, ADMINISTRATOR OF DOUGLASS EDWARDS, DECEASED.

(Filed 23 September, 1953.)

**Appeal and Error § 6c (2) —**

An exception to the signing and entering of the judgment presents only the face of the record for review, and when the judgment is supported by the record the appeal must fail.

APPEAL by defendant from *Parker, J.,* and a jury, at April Term, 1953, of EDGECOMBE.

Civil action to recover on claim rejected by the defendant administrator under G.S. 28-112.

An issue of debt was submitted to and answered by the jury as follows: "In what amount, if any, is defendant indebted to plaintiff?

"Answer: $636.80, plus 6% interest after June 18, 1952."

From judgment on the verdict, the defendant appealed.

*Herbert H. Taylor, Jr., for plaintiff, appellee.*
*Floyd T. Hall and P. H. Bell for defendant, appellant.*

PER CURIAM. The only exception appearing in the record is to the signing and entering of the judgment from which the appeal is taken. This presents only the face of the record for inspection and review, and when the judgment is supported by the record the appeal must fail. *Query v. Insurance Co.,* 218 N.C. 386, 11 S.E. 2d 139; *Smith v. Smith,* 226 N.C. 506, 39 S.E. 2d 391. Here the verdict supports the judgment and no error appears on the face of the record.